## FOURTH DEPARTMENT, MAY, 1908.

CORNING GLASS WORKS, Appellant, *v.* THE CORNING CUT GLASS COMPANY and Others, Respondents.

*Trade name — corporation — adoption of name similar to rival's — fraud — certificate of incorporation — conclusiveness of.*

Appeal from a judgment of the Supreme Court, entered in the Steuben county clerk's office on the 14th day of January, 1907, upon the report of a referee dismissing the complaint upon the merits.

Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented in a memorandum, and McLennan, P. J., not sitting.

KRUSE, J. (dissenting): I dissent upon the ground that the name "Corning Cut Glass Company," adopted by the defendant, is so nearly like the plaintiff's name as likely to deceive, and that the use thereof by the defendant in the same general business and in the same locality as that of the plaintiff was a fraud upon the plaintiff, within the rule applied in *Higgins Co.* v. *Higgins Soap Co.* (144 N. Y. 462), and similar cases; and also that it is contrary to the express provisions of section 6 of the General Corporation Law,* and the filing of the defendant's certificate of incorporation is not conclusive upon the courts. (*People ex rel. Columbia Co.* v. *O'Brien*, 101 App. Div. 296.)

---

* See Laws of 1892, chap. 687, § 6, as amd. by Laws of 1900, chap. 704. Since amd. by Laws of 1902, chap. 9, and Laws of 1907, chap. 115 — [REP.